UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case Number 5:14-CV-00480-BO

ANASTASIA N. DERZKO,                )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
UNUM LIFE INSURANCE                 )
COMPANY OF AMERICA,                 )
                                    )
    Defendant.                      )
_____)

## Order

This matter came before the Court on Plaintiff's Motion for Leave to File Summary Judgment Exhibit under Seal. Pursuant to the Local Civil Rules 26.1(a)(1) and 79.2, and with the consent of the defendant, the Court has determined that plaintiff's motion should be allowed.

Therefore, it is hereby ordered that Plaintiff's Motion for Leave to File Summary Judgment Exhibit under Seal is granted. Exhibit 1, Unum's claim file, shall be filed under seal.

6-2-15
Date

_[signature]_
United States District Judge